**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

**ORDER**

Appellate case name:    Lawrence  Sobogun v. Velimir Rasic

Appellate case number:   01-21-00117-CV

Trial court case number:  20-CCV-067777

Trial court:                County Court at Law No. 5 of Fort Bend County

Appellant Lawrence Sobogun's appeal was dismissed on his own motion on October 28, 2021.  On November 15, 2021, appellant filed a motion for extension of time to file a motion for rehearing, which was due on November 12, 2021.  The motion did not comply with Texas Rules of Appellate Procedure 9.5(d) and 9.5(e) (requiring service of filed documents on all parties and certificate of service that states date and manner of service and name and address of each person served) or 10.5 (b) (requiring motion for extension of time to state deadline for filing motion for rehearing, length of extension sought, facts relied on to explain need for extension, and number of previous extensions granted).  *See* TEX. R. APP. P. 9.5(d), 9.5(e), 10.5(b).  On November 16, 2021, the Court denied the motion for extension of time but advised it would consider a compliant motion filed on or before November 29, 2021.  *See* TEX. R. APP. P. 4.1(a).

On November 30, 2021, appellant filed a second motion for extension of time that did not correct any of the deficiencies in the first motion.  The motion merely states that appellant is not an attorney, cannot afford one, and does not know how the filing procedure works.  *See In the Interest of J.P.*, 365 S.W.3d 833, 837 (Tex. App.—Dallas 2012, no pet.) ("Pro se litigants are held to the same standards as attorneys and must comply with all applicable and mandatory rules of pleading and procedure.").

Appellant's second motion for extension of time to file a motion for rehearing is **denied.**

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
Acting for the Court


Panel consists of: Justices Goodman, Landau, and Countiss

Date: <u>January 11, 2022</u>